No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

The People of the State of New York ex rel. Louis A. Beaver, Relator, v. Rhinelander Waldo, as Commissioner, Respondent.— Writ dismissed and proceedings affirmed, with fifty dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Cecilia Gilmore, Respondent, v. William H. Gilmore, Appellant.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Charles S. Danziger and Another, Respondents, v. Joseph Gottlieb, Appellant.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Frank B. Frear, Respondent, v. Alfred H. Lewis, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Carl Bauer and Another, Respondents, v. Nathan Strauss and Another, Appellants.— Determination affirmed, with costs. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

The People of the State of New York ex rel. Polish National Alliance, Appellant, v. Lawson Purdy and Others, Respondents. (2 cases).— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Andrew J. Robinson Company, Respondent, v. Security Mutual Life Insurance Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Morris Drazen, Respondent, v. William D. Huber, as President, etc., and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

In the Matter of Albert H. Baiseley and Another, Appellants, v. Cyrus C. Miller, as President, etc., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J. McLaughlin, Laughlin, Clarke and Scott, JJ.

Elizabeth Reich, Respondent, v. E. W. Bliss Buildings, Incorporated, Appellant. Elizabeth Reich, Respondent, v. Eva M. B. Lane and Another, Appellants. Elizabeth Reich, Respondent, v. Eva M. B. Lane, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Anna Liebmann, Appellant, v. Manhattan Life Insurance Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

William S. Hirsch, Respondent, v. Freedman Brothers Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No

opinion.  Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.